**Form 154A**

**UNITED STATES BANKRUPTCY COURT**      11
**WESTERN DISTRICT OF PENNSYLVANIA**    lfin

In re:                                                              Bankruptcy Case No.: 17−24886−TPA

                                                                    Chapter: 13

**Robert J. Boston**
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 26, 2018**.

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                 Michael R. Rhodes
  U.S. Bankruptcy Court                                     *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 12/20/17

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 17-24886-TPA
Robert J. Boston                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2               Date Rcvd: Dec 20, 2017
                              Form ID: 154A           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db            +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744
14739476      +American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14739477     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14739478      +Bank One Delaware,    POB 100018,    Kennesaw, GA 30156-9204
14739479      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14739487     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,    POB 9025,    Des Moines, IA 50368)
14739480      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14739482       Citizens Bank of Pennsylvania,    Riverside, RI 02915
14739486     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                Po Box 62180,    Colorado Springs, CO 80962)
14739485      +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14739488      +Household Bank Corporation,    c/o eCast Settllement,    POB 35480,    Newark, NJ 07193-5480
14739489       Household Bank SB,    eCast Settllement c/o Bass & Associates,
                3969 East Fort Lowell Rd. Ste 200,    Tucson, AZ 85712
14739490      +JP Morgan Chase Bank,    Po Box 24696,    Columbus, OH 43224-0696
14739493      +MBNA American Bank,    c/o eCAST Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
14739495      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
14739496      +New Hampshire Higher Ed/Granite State Mg,    Attn: Bnakruptcy,    4 Barrell Court,
                Concord, NH 03301-8543
14739504      +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
14739505      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
14739507      +Werrin Gruendel Boles & Eans Dentistry,    3506 5th Avenue,    Pittsburgh, PA 15213-3310
14739508     #+Xchange Leasing,    POB 122954,    Fort Worth, TX 76121-2954
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14739481      +E-mail/Text: bankruptcy@cavps.com Dec 21 2017 01:05:14     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14741673      +E-mail/Text: bankruptcy@cavps.com Dec 21 2017 01:05:14     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14739484       E-mail/Text: mrdiscen@discover.com Dec 21 2017 01:04:23     Discover Bank,    POB 8003,
                Hilliard, OH 43026
14739483      +E-mail/Text: electronicbkydocs@nelnet.net Dec 21 2017 01:05:07     Dept Of Ed/582/nelnet,
                Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14739491      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:09:01     LVNV Funding,
                c/o Resugent Capital Services,    POB 10675,    Greenville, SC 29603-0675
14739492      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:09:00     LVNV Funding, LLC,
                c/o Resugent Capital Services,    POB 10587,    Greenville, SC 29603-0587
14739494      +E-mail/Text: bknotice@ncmllc.com Dec 21 2017 01:05:10     National Capital Management,
                8245 Tournament Drive,    Memphis, TN 38125-8898
14739497       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:14:38
                Portfolio Recovery Associates,    POB 41067,    Norfolk, VA 23541
14740040      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:14:39
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14739498      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 21 2017 01:08:51     Regional Acceptance Corporation,
                1424 East Fire Tower Road,    Greenville, NC 27858-4105
14739499      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:09:10
                Resurgent Capital Services,    POB 10587,    Greenville, SC 29603-0587
14739500      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:08:57     Synchrony Bank/Amazon,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14739501      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:09:06     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14739502      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:08:57     Synchrony Bank/PayPal Cr,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14739503      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:08:56     Synchrony Bank/Sams,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14739506      +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2017 01:05:31     Transworld Systems, Inc.,
                9525 Sweet Valley Drive,    Valley View, OH 44125-4237
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: lfin              Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 154A           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com,
               gwshort@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3