FILED
12/21/17 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Case No. 17-24886 TPA |
| **Robert J. Boston,** | ) | Chapter 13 |
|        Debtor. | ) | Document No. 12 |
| **Robert J. Boston,** | ) | |
|        Movants, | ) | |
|   vs. | ) | |
| **No Respondent,** | ) | |
|        Respondent. | ) | |

### ORDER OF COURT

AND NOW, this __21st__ day of _____December_____, 2017, upon consideration of the Motion to Extend Completion Date filed by the Debtor, Robert J. Boston ("Debtor"), it is hereby ORDERED that the Debtor are granted a ten (10) day extension of time until December 28, 2017, to file his schedules, statement of financial affairs, plan, and all other documents which are necessary for the Debtor to complete the filing of his petition. No further extensions will be granted.

_____
Thomas P. Agresti       jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Boston  
      Debtor

Case No. 17-24886-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db            +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
         Gary William Short     on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net  
         James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                           TOTAL: 4