IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-24886 TPA |
| | ) | |
| Robert J. Boston, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |

**EMPLOYEE GROSS INCOME RECORD**

Robert J. Boston

I, Robert J. Boston, hereby certify that I cannot attach copies of payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) as I discarded them. I have attached the payment advice which I have. I have requested copies from my employer.

/s/ Robert J. Boston    ✔
Robert J. Boston



Employee Self Service

Home  Logout  Preferences  Help

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | Boston, Rob | Employee Number | ****402 |
| Business Email Address | Rob.Boston@bkfs.com | Business Group | US Fidelity National Financial |

From Date _____    To Date _____    Search

Choose a Payslip  24-NOV-2017 - 6014402-2 - Check 1 ▼   Go

| | | | |
|---|---|---|---|
| Employee | Robert J. Boston | Employer name | BKFS I Services, LLC |
| Job Title | E.Software Test Analyst II.Information Technology. | Employer Phone Number | |
| | | Organization | BKFS EMPOWER QA |
| Employee Number | 6014402 | Pay Calculation Method | |
| Latest Hire Date | 19-Mar-2012 | Pay Basis | Salary |
| Original Hire Date | 09-Mar-2009 | Frequency | Day |
| Adjusted Service Date | | Shift | |
| Assignment Number | 6014402-2 | Bargaining Unit | |
| | | Collective Agreement | |
| Location | US PA COR 1200 BKFS | Contract | |
| Position | | Grade | BKFS.1.11 |
| Payroll | BKFS Bi-Weekly | Employer Address | 601 Riverside Avenue Bldg 5 Jacksonville FL 32204 |
| Employee Address | 22 Phillips Ave Coraopolis PA 15108 | | |
| | | Employer BIN | BLANK |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 24-Nov-2017 | 06-Nov-2017 | 19-Nov-2017 | 60,559.77 | 60,559.77 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,337.36 | 124.70 | 596.99 | 100.76 | 1,506.77 |
| YTD | 55,700.86 | 2,980.97 | 14,185.86 | 2,051.00 | 36,290.47 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Salary | | | 72.00 | 2,096.29 | 1,752.00 | 50,644.87 |
| Vacation Taken | | | | 0.00 | 80.00 | 2,329.30 |
| Sick Taken | | | 8.00 | 232.93 | 24.00 | 698.79 |
| Personal Choice Hol | | | | 0.00 | 32.00 | 926.10 |
| Prior YR Vacation | | | | 0.00 | 24.00 | 681.93 |
| Prior YR PC Hol | | | | 0.00 | 8.00 | 227.31 |
| FNF GTL | | | | 8.14 | | 192.56 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 7.32 | 175.68 |
| HSA | 30.00 | 720.00 |
| Aetna | 25.06 | 601.44 |
| Wellness Credit | -11.54 | -276.96 |
| Vision | 3.98 | 95.52 |
| FNF 401K Percent | 69.88 | 1,665.29 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 326.18 | 7,733.05 |
| Social Security | 141.52 | 3,371.88 |
| Medicare | 33.10 | 788.59 |
| PA State Tax | 69.82 | 1,663.64 |
| PA Unemployment | 1.63 | 38.86 |
| OPT Moon Township | 2.00 | 48.00 |
| PA SD Montour | 11.37 | 270.92 |
| Kennedy Township | 11.37 | 270.92 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Loan 2 401K | 30.96 | 743.04 |
| Legal | 7.27 | 174.48 |
| Loan 1 401K | 40.77 | 637.05 |
| Long Term Dis | 9.20 | 219.26 |
| LifeLock | 3.69 | 88.56 |
| Loan Refund 401K | 0.00 | -22.80 |
| Short Term Dis | 8.87 | 211.41 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| Personal Choice Holiday | 0.00 | 0.00 |
| Vacation | 0.00 | 80.00 |
| Sick | 1.54 | 62.92 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 1 | | 0.00 | 0.00 | 0 |
| Pennsylvania | Not Used | 4 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

| 905779937 | PNC Bank | C | XXXXXX8391 | 1,256.77 |
| 905779937 | Dollar Bank | C | XXXXXX8072 | 250.00 |

## Other Information

**Description**      **Value**
FNF 401K Employer Match 26.21

## TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |

No results found.

Home  Logout  Preferences  Help

Copyright (c) 2006, Oracle. All rights reserved

Payslip                                                                                                       Page 3 of 3
Case 17-24886-TPA    Doc 18    Filed 12/28/17    Entered 12/28/17 17:13:26    Desc Main
                                Document      Page 4 of 4