| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert J. Boston** | | Social Security number or ITIN | **xxx–xx–8299** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13 | 12/3/17 |
| Case number: | 17–24886–TPA | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert J. Boston | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 22 Phillips Avenue<br>Coraopolis, PA 15108 | |
| 4. | **Debtor's attorney**<br>Name and address | Gary William Short<br>212 Windgap Road<br>Pittsburgh, PA 15237 | Contact phone 412–765–0100<br><br>Email: garyshortlegal@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/29/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 5, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/6/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/1/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/5/18** at **11:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-24886-TPA
Robert J. Boston                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                Page 1 of 2               Date Rcvd: Dec 29, 2017
                              Form ID: 309I             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
```
db              +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
tr              +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14739482         Citizens Bank of Pennsylvania,    Riverside, RI 02915
14739485        +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14739489         Household Bank SB,    eCast Settllement c/o Bass & Associates,
                  3969 East Fort Lowell Rd. Ste 200,    Tucson, AZ 85712
14739490        +JP Morgan Chase Bank,    Po Box 24696,    Columbus, OH 43224-0696
14739495        +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                  Coppell, TX 75019-4620
14739496        +New Hampshire Higher Ed/Granite State Mg,    Attn: Bnakruptcy,    4 Barrell Court,
                  Concord, NH 03301-8543
14739507        +Werrin Gruendel Boles & Eans Dentistry,    3506 5th Avenue,    Pittsburgh, PA 15213-3310
14739508       #+Xchange Leasing,    POB 122954,    Fort Worth, TX 76121-2954
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: garyshortlegal@gmail.com Dec 30 2017 00:41:35      Gary William Short,
                  212 Windgap Road,    Pittsburgh, PA   15237
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 30 2017 00:42:05      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 30 2017 00:42:21
                  Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
14739476        +EDI: BECKLEE.COM Dec 30 2017 00:23:00      American Express Centurion Bank,    POB 3001,
                  Malvern, PA 19355-0701
14739477        +EDI: BANKAMER.COM Dec 30 2017 00:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
14739478        +EDI: CHASE.COM Dec 30 2017 00:23:00      Bank One Delaware,    POB 100018,
                  Kennesaw, GA 30156-9204
14739479        +EDI: TSYS2.COM Dec 30 2017 00:23:00      Barclays Bank Delaware,    100 S West St,
                  Wilmington, DE 19801-5015
14739487         EDI: CITICORP.COM Dec 30 2017 00:23:00      Home Depot,    POB 9025,    Des Moines, IA 50368
14739480        +EDI: CAPITALONE.COM Dec 30 2017 00:23:00      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14739481        +E-mail/Text: bankruptcy@cavps.com Dec 30 2017 00:42:47      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14741673        +E-mail/Text: bankruptcy@cavps.com Dec 30 2017 00:42:47      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14739484         EDI: DISCOVER.COM Dec 30 2017 00:23:00      Discover Bank,    POB 8003,    Hilliard, OH 43026
14739483        +E-mail/Text: electronicbkydocs@nelnet.net Dec 30 2017 00:42:31      Dept Of Ed/582/nelnet,
                  Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14739486         EDI: FORD.COM Dec 30 2017 00:23:00      Ford Motor Credit,    National Bankruptcy Service Center,
                  Po Box 62180,    Colorado Springs, CO 80962
14739488        +EDI: ECAST.COM Dec 30 2017 00:23:00      Household Bank Corporation,    c/o eCast Settllement,
                  POB 35480,    Newark, NJ 07193-5480
14739491        +EDI: RESURGENT.COM Dec 30 2017 00:23:00      LVNV Funding,    c/o Resugent Capital Services,
                  POB 10675,    Greenville, SC 29603-0675
14739492        +EDI: RESURGENT.COM Dec 30 2017 00:23:00      LVNV Funding, LLC,    c/o Resugent Capital Services,
                  POB 10587,    Greenville, SC 29603-0587
14739493        +EDI: ECAST.COM Dec 30 2017 00:23:00      MBNA American Bank,    c/o eCAST Settlement Corp.,
                  PO Box 35480,    Newark, NJ 07193-5480
14739494        +E-mail/Text: bknotice@ncmllc.com Dec 30 2017 00:42:35      National Capital Management,
                  8245 Tournament Drive,    Memphis, TN 38125-8898
14739497         EDI: PRA.COM Dec 30 2017 00:23:00      Portfolio Recovery Associates,    POB 41067,
                  Norfolk, VA 23541
14740040        +EDI: PRA.COM Dec 30 2017 00:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14739498        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 30 2017 00:44:34      Regional Acceptance Corporation,
                  1424 East Fire Tower Road,    Greenville, NC 27858-4105
14739499        +EDI: RESURGENT.COM Dec 30 2017 00:23:00      Resurgent Capital Services,    POB 10587,
                  Greenville, SC 29603-0587
14739500        +EDI: RMSC.COM Dec 30 2017 00:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14739501        +EDI: RMSC.COM Dec 30 2017 00:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14739502        +EDI: RMSC.COM Dec 30 2017 00:23:00      Synchrony Bank/PayPal Cr,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14739503        +EDI: RMSC.COM Dec 30 2017 00:23:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
14739504        +EDI: WTRRNBANK.COM Dec 30 2017 00:23:00      Target National Bank,    3901 West 53rd Street,
                  Sioux Falls, SD 57106-4221
```

```
District/off: 0315-2           User: lfin              Page 2 of 2              Date Rcvd: Dec 29, 2017
                               Form ID: 309I           Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14739506        +E-mail/Text: bankruptcydepartment@tsico.com Dec 30 2017 00:43:04      Transworld Systems, Inc.,
                 9525 Sweet Valley Drive,    Valley View, OH 44125-4237
14739505        +EDI: ECMC.COM Dec 30 2017 00:23:00      US Dept of Education,    Attn: Bankruptcy,   Po Box 16448,
                 Saint Paul, MN 55116-0448
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
```
              Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```