FILED
1/24/18 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

757 Boston WM1

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| **Robert J. Boston,** ) | Case No. 17-24886 TPA |
| Debtor, ) | |
| **Robert J. Boston,** ) | Chapter 13 |
| Movant, ) | |
| vs. ) | Docket No.  25 |
| **Black Knight Financial Services,** ) | |
| Respondent. ) | |

<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>

The above-named Debtor, Robert J. Boston, having filed a Chapter 13 petition and a motion to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, Robert J. Boston, receives income:

Black Knight Financial Services
Building 5, 6th Floor
601 Riverside Avenue
Jacksonville, FL 32204

shall deduct from that income the sum of **$739.00** bi-weekly beginning on the first pay day after January 31, 2018, and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that (a) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY

SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order *supersedes* previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __24th__ day of _____January_____ 2018.

_____
Thomas P. Agresti, Judge           vas
U.S. Bankruptcy Court

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24886-TPA
Robert J. Boston                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut           Page 1 of 1           Date Rcvd: Jan 25, 2018
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db              +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
      Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7