# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Boston** _____ JAD/(TPA)/CMB/GLT

Case Number: **17-24886**

Date of Meeting: **2/5/18**          Recording # **10**

Debtor(s) present **✓** or Not Present ___ (__No Payments Made or __ partial payments)

Attorney for debtor(s) **Short** _____ (Present **✓** or Not Present ___)

Date of Plan at § 341: **12/28/17**  Applicable commitment period ___ 3 yrs **✓** 5 yrs

Debtor has not filed 2015 tax return
employed - taxes w/held

_____

401K loan balance & pay off date.

LMP case

2015 return still needs to be filed

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD          ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

**✓** Confirmation Order recommended ___ Final **✓** Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
   ___ 341 Meeting  OR  **✓** Conciliation Conf.  OR ___ *Contested Hearing
   On **7/12/18** at **9:30** am/**pm** Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

FILED
FEB 08 A.M.
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA