FILED
2/20/18 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: Robert J. Boston, | ) | Bankruptcy No. 17-24886 TPA |
| Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | |
| Movant, | ) | Docket No. 33 |
| v. | ) | |
| NationStar Mortgage, LLC d/b/a Mr. Cooper | ) | |
| Respondent. | ) | |

## LOSS MITIGATION ORDER

An *Motion for Loss Mitigation* was filed by *Robert J. Boston* ("*Debtor*") on February 2, 2018. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this **20th** day of **February, 2018,** it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program** (LMP) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

   Debtor:    Robert J. Boston
   Creditor:    NationStar Mortgage, LLC

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $818.91 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4*(c).

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____ vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert J. Boston
    Debtor

Case No. 17-24886-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: lfin　　Page 1 of 1　　Date Rcvd: Feb 20, 2018
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db　　　　　+Robert J. Boston,　 22 Phillips Avenue,　 Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
　　　　Gary William Short    on behalf of Debtor    Robert J. Boston    garyshortlegal@gmail.com, gwshort@verizon.net
　　　　James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    bkgroup@kmllawgroup.com
　　　　Jeffrey R. Hunt    on behalf of Creditor    Montour School District    jhunt@grblaw.com, cnoroski@grblaw.com
　　　　Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy    jhunt@grblaw.com, cnoroski@grblaw.com
　　　　Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny    jhunt@grblaw.com, cnoroski@grblaw.com
　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7