In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | |
|---|---|
| In Re: Robert J. Boston,<br>        Debtor,<br>Robert J. Boston,<br>        Movant,<br>v.<br>NationStar Mortgage, LLC d/b/a Mr. Cooper<br>        Respondent. | Bankruptcy No. 17-24886 TPA<br>Chapter 13<br>Related to Doc. No. ___<br>Docket No. |

## CERTIFICATE OF SERVICE OF:

**LOSS MITIGATION ORDER**

I, Gary W. Short, certify under penalty of perjury that I served the above-referenced pleading(s)

on the parties at the addressed specified below on February 23, 2018, The type(s) of service made on the parties was: regular U.S. Mail postage prepaid. If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

NationStar Mortgage, LLC
Attn: Jay Bray, President
NationStar Mortgage, LLC
8950 Cypress Waters Boulevard
Dallas, TX 75019

Executed on: February 23 2018

/s/ Gary W. Short
Gary W. Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237
Tele. (412) 765-0100
Fax (412) 536-3977
E-mail gwshort@verizon.net
PA Bar I.D. No. 36794