In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: Robert J. Boston, | ) | Bankruptcy No. 17-24886 TPA |
| Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | |
| Movant, | ) | Docket No. |
| v. | ) | Related to Doc. No. 33, 46 |
| NationStar Mortgage, LLC, | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE OF**:

Interim Mortgage Modification Order

I, Gary W. Short, certify under penalty of perjury that on May 1, 2018, I served the above-referenced pleading(s) on Ronda J. Winnecour, Chapter 13 Trustee. Service made on the party served by email at LPM@chapter13trusteewdpa.com. Service was also made on Respondent electronically on the DMM website.

Executed on: May 1, 2018             /s/ Gary W. Short
                                     Gary W. Short, Esquire
                                     212 Windgap Road
                                     Pittsburgh, PA 15237
                                     Tele. (412) 765-0100
                                     Fax (412) 765-2211
                                     E-mail gwshort@verizon.net
                                     PA Bar I.D. No. 36794