In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re:  Robert J. Boston, | ) | Bankruptcy No. 17-24886 TPA |
| Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | |
| Movant, | ) | Docket No. |
| v. | ) | Related to Doc. No. 33 |
| NationStar Mortgage, LLC, | ) | |
| Respondent. | ) | |

<u>ORDER</u>

On July 15, 2018, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtor and Movant, Robert J. Boston at Document No. 51.

*AND NOW*, this ____ day of _____, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including _____, 2018.***

_____
Judge Thomas P. Agresti
United States Bankruptcy Court