In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | |
|---|---|
| In Re: Robert J. Boston, ) | Bankruptcy No. 17-24886 TPA |
| Debtor, ) | Chapter 13 |
| Robert J. Boston, ) | |
| Movant, ) | Docket No. |
| v. ) | Related to Doc. No. 33 |
| NationStar Mortgage, LLC, ) | |
| Respondent. ) | |

ORDER

On July 15, 2018, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtor and Movant, Robert J. Boston at Document No. 51.

***AND NOW***, this 25th day of July, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including September 10, 2018.*

_____
Judge Thomas P. Agresti
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Jul 25, 2018  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
db        +Robert J. Boston,   22 Phillips Avenue,   Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
      Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8