FILED
1/30/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT J. BOSTON                                  :     Case No. 17-24886 TPA
    *Debtor*                                      :     Chapter 13
                                                  :
ROBERT J. BOSTON                                  :
    *Movant*                                      :     Related to Document No. 56
    v.                                            :
NATIONSTAR MORTGAGE d/b/a                         :
MR. COOPER                                        :
    *Respondent*                                  :     Hearing: February 7, 2019 at 10:30 A.M.

## ORDER

*AND NOW*, this **30th** day of ***January, 2019,*** it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Approve Final Mortgage Modification*** filed by the Debtor at Document No. 56 previously scheduled for February 27, 2019 at 9:30 A.M. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 has been **RESCHEDULED** to ***February 7, 2019*** at ***10:30 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Movant shall upload a copy of this Order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before ***February 5, 2019***.

                                                */s/* Thomas P. Agresti, Judge
                                                United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Gary William Short, Esq.
    NationStar Mortgage, LLC, Jay Bray, Pres., 8950 Cypress Waters Blvd., Dallas TX 75019

Ronda J. Winnecour, Esq., Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Boston  
      Debtor  

Case No. 17-24886-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                    Page 1 of 1                  Date Rcvd: Jan 30, 2019
                   Form ID: pdf900               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.
```
db             +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744
               +NationStar Mortgage, LLC,    Jay Bray, Pres.,    8950 Cypress Waters Blvd.,
                 Dallas, TX 75019-4620
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:
```
          Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Montour School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Township of Kennedy jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                                                                                                     TOTAL: 8