Motion to approve mortgage modification boston

In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re:  Robert J. Boston, | ) | Bankruptcy No. 17-24886 TPA |
| Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | |
| Movant, | ) | Docket No. |
| v. | ) | Hearing Date and Time: |
| NationStar Mortgage, LLC d/b/a Mr. Cooper | ) | February 7, 2019 at 10:30 a.m. |
| Respondent. | ) | Responses due: February 5, 2019 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE MORTGAGE MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO APPROVE MORTGAGE MODIFICATION** ("Motion") filed on January 29, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to a rescheduling order, objections to the Motion were to be filed and served no later than February 5, 2019

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 6, 2019        /s/ Gary W. Short
                               Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                               212 Windgap Road, Pittsburgh, PA 15237
                               Tele. (412) 765-0100 / Fax (412) 536-3977
                               E-mail garyshortlegal@gmail.com