FILED
2/6/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: Robert J. Boston, | ) | Bankruptcy No. 17-24886 TPA |
| Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | |
| Movant, | ) | Docket No. 56 |
| v. | ) | Hearing Date and Time: |
| NationStar Mortgage, LLC d/b/a Mr. Cooper | ) | February 27, 2019 at 9:30 a.m. |
| Respondent. | ) | Responses due: February 16, 2019 |

## ORDER

AND NOW, this __6th__ day of ____February____, 2019, upon consideration of the Debtor's **MOTION TO APPROVE MORTGAGE MODIFICATION ("Motion"),** after notice and hearing, it is hereby ORDERED that:

1. The Loan Modification Agreement between Debtor Robert J. Boston and NationStar Mortgage, LLC d/b/a Mr. Cooper("Lender') which is attached to the Motion as Exhibit "A" ("Loan Modification") is approved.

2. The terms of the loan are changed as follows:

| Petition Date | 12/3/2017 | Modified Loan | |
|---|---|---|---|
| 143,405 | Principal Due | 165,641.52 | |
| 4.0 (fx) | Interest Rate | 4.625 (fx) | |
| 4/1/45 | Maturity Date | 9/1/48 | |
| 67.62 | P & I Payment | 851.63 | |
| 463.12 | Escrow Payment | 430.61 | |
| 1150.74 | Total Payment | 1,282.24 | |
| 0 | Balloon Payment | 0 | |
| 14340 | Cum. Interest | 0 | |
| 110% | LTV | 94.6% | |
| 1100.77 | Ch. 13 Payment | 1,282.24 | |
| 35111.14 | Ch. 13 Pay. (Arr) | 0 | |

Other Notes: None.

3. Debtor shall incorporate the modified loan terms into her plan by the filing of an Amended Chapter 13 Plan by not later than fourteen (14) days from the date of this Order.

_____
Thomas P. Agresti, Judge
Unites States Bankruptcy Court

vas

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 17-24886-TPA
Robert J. Boston                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 1           Date Rcvd: Feb 06, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
db           +Robert J. Boston,   22 Phillips Avenue,   Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8