522 motion boston

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| **Robert J. Boston,** ) | **Case No. 17-24886 TPA** |
|  Debtor, ) | **Chapter 13** |
| **Robert J. Boston,** ) | **Docket No. ___** |
|  Movant, ) | |
|  vs. ) | **Hearing Date and Time:** |
| **Ford Motor Credit Company, LLC,** ) | **March 27, 2019 at 9:30 a.m.** |
|  Respondent. ) | **Responses due: February 25, 2019** |

### CERTIFICATION OF NO OBJECTION REGARDING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO AVOID JUDICIAL LIEN** ("Motion") filed on January 30, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the motion were to be filed and served no later than February 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 26, 2019

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com