FILED
2/28/19 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

522 motion boston

# In the United States Bankruptcy Court
## for the Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: | ) | |
| Robert J. Boston, | ) | Case No. 17-24886 TPA |
|     Debtor, | ) | Chapter 13 |
| Robert J. Boston, | ) | Docket No. 59 |
|     Movant, | ) | |
| vs. | ) | Hearing Date and Time: |
| Ford Motor Credit Company, LLC, | ) | March 27, 2019 at 9:30 a.m. |
|     Respondent. | ) | Responses due: February 25, 2019 |

## ORDER OF COURT

AND NOW, this 28th day of February, 2019, upon consideration of the Debtor's Motion to Avoid Judicial Lien ("Motion"), after notice and hearing, it is hereby ORDERED that:

1. Debtor is the owner of a residential property located at 22 Phillips Avenue Coraopolis, PA 15108 ("Property") which has a value of not more than $175,000.

2. On the petition date the Property was encumbered by a first mortgage in favor of Nationstar Mortgage LLC d/b/a Mr. Cooper to secure a claim of $172,981.72

3. The Debtor has claimed a $9,478.00 exemption in the Property ("Exemption Claim")

4. Respondent Ford Motor Credit Company, LLC ("FMC") holds a judgment lien against the Property arising from an Notice of Judgment/Transcript Civil Case transferred to the Court of Common Pleas of Allegheny County, PA May 26, 2017 at Docket no. GD 17-7929 ("FMC Judgment Lien") which impairs the Debtor's exemption in the Property and is avoidable under 11 U.S.C Sec. 522(f)(A)(1) in its entirety.

5. FMC's Judgment Lien is hereby avoided and removed from the Property under 11 U.S.C. §522(f)(1)(A).

_____ J.
Thomas P. Agresti, Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Feb 28, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.  
db        +Robert J. Boston,    22 Phillips Avenue,    Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

       Gary William Short    on behalf of Debtor    Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net  
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
       Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                          TOTAL: 8