**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: | ) Bankruptcy No. 17-24886 TPA |
| Robert J. Boston, | ) Chapter 13 |
|     Debtor, | ) Docket No. |
| Gary W. Short, | ) |
|     Movant, | ) Hearing Date and Time: |
| vs. | ) May 15, 2019 at 9:30 a.m. |
| Ronda J. Winnecour, Trustee, | ) Responses Due: April 21, 2019 |
|     Respondent. | ) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 3, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than April 21 , 2019.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 22, 2019                    /s/ Gary W. Short
                                        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                        212 Windgap Road, Pittsburgh, PA 15237
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com