FILED
4/26/19 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: | ) Bankruptcy No. 17-24886 TPA |
| Robert J. Boston, | ) Chapter 13 |
|     Debtor, | ) Docket No. 72 |
| Gary W. Short, | ) |
|     Movant, | ) Hearing Date and Time: |
| vs. | ) May 15, 2019 at 9:30 a.m. |
| Ronda J. Winnecour, Trustee, | ) Responses Due: April 21, 2019 |
|     Respondent. | ) |

## ORDER OF COURT

AND NOW, this 26th day of April, 2019, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses which was filed by Gary W. Short, counsel for Debtor(s) in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is allowed a Chapter 13 administrative expense in the amount of $8,257.24 which includes $8,100.00 in legal services and $157.24 in expenses for the period of December 3, 2017 to April 3, 2019 (the "Claim");

2. The Claim shall be paid at a rate of $137.00 per month beginning with plan month no. 1 to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims; and

3. If at the time the Chapter 13 Trustee holds sufficient funds to pay the balance owed on the Claim by a lump sum payment or at a higher monthly rate without diminishing current distributions to creditors holding long term continuing debts and administrative claims, the Chapter 13 Trustee shall promptly do so.

                                                                           _____
                                                                           Thomas P. Agresti, Judge
                                                                           United States Bankruptcy Court

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Apr 26, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db         +Robert J. Boston,   22 Phillips Avenue,   Coraopolis, PA 15108-3744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:

         Gary William Short    on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com, gwshort@verizon.net  
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                           TOTAL: 8