757 Boston Wm3

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | |
| **Robert J. Boston,** ) | **Case No. 17-24886 TPA** |
| Debtor, ) | |
| **Robert J. Boston,** ) | **Chapter 13** |
| Movant, ) | |
| Vs. ) | **Docket No.** |
| **Black Knight Financial Services,** ) | |
| Respondent. ) | |

### Certificate of Service of Wage Order

      I, Gary W. Short, certify under penalty of perjury that on September 8, 2020, I served the most recently entered wage attachment order in this case for Robert J. Boston with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

Black Knight Financial Services
Building 5, 6th Floor
601 Riverside Avenue
Jacksonville, FL 32204

Robert J. Boston
22 Phillips Avenue
Coraopolis, PA 15108

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on September 8, 2020

      /s/ Gary W. Short
      Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
      212 Windgap Road, Pittsburgh, PA 15237
      Tele. (412) 765-0100 / Fax (412) 536-3977
      E-mail garyshortlegal@gmail.com