

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:   17-24886

DEBTOR(S):

ROBERT J BOSTON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 17 IN THE AMOUNT OF $320.03

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Citibank USA, N. A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/1/2022