

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:  17-24886

DEBTOR(S):

ROBERT J BOSTON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 15 IN THE AMOUNT OF $5,727.31

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of National City Bank

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/1/2022