**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/02/2022

IN RE:

| | |
|---|---|
| ROBERT J. BOSTON | Case No.17-24886 TPA |
| 22 PHILLIPS AVENUE | |
| CORAOPOLIS,  PA  15108 | Chapter 13 |
| XXX-XX-8299          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 4104 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  AMAZON/PRAE | | |

| | | | |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR MORT/PRAE | | |

| | | | |
|---|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  MONTOUR SD/PRAE | | |

| | | | |
|---|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  TWP OF KENNEDY/PRAE | | |

| | | | |
|---|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  ALLEGHENY CO/PRAE | | |

| | | | |
|---|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(*)** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| DEPT 55953 | Court Claim Number: | | ACCOUNT NO.: 6595 |
| PO BOX 55000 | | | |
| | CLAIM:  0.00 | | |
| DETROIT, MI  48255-0953 | COMMENT:  AVD/OE*VRFY TYPE/SCH | | |

| | | | |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:13-2 | | ACCOUNT NO.: 4105 |
| | | | |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75261-9741 | COMMENT:  LOAN MOD@CID 67 | | |

| | | | |
|---|---|---|---|
| **REGIONAL ACCEPTANCE CORP** | Trustee Claim Number:8   INT %: 4.00% | | CRED DESC:  VEHICLE |
| ATTN BNKRPTCY SECTION/100-50-01-51 | Court Claim Number:12 | | ACCOUNT NO.: 6366 |
| SERVICED BY BB&T  - CONFIDENTIAL | | | |
| PO BOX 1847 | CLAIM:  17,292.44 | | |
| WILSON, NC  27894 | COMMENT:  $CL12GOV@4%/CONF | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:5 | | ACCOUNT NO.: 3001 |
| POB 3001 | | | |
| | CLAIM:  7,392.50 | | |
| MALVERN, PA  19355-0701 | COMMENT:  NO$/SCH | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA**++** | Trustee Claim Number:10 INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| POB 26012 | Court Claim Number: | | ACCOUNT NO.: 6722 |
| NC4-105-02-77 | | | |
| | CLAIM:  0.00 | | |
| GREENSBORO, NC  27410 | COMMENT:  NO$~MORT/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BANK ONE** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WELTMAN WEINBERG & REIS CO | Court Claim Number: | ACCOUNT NO.: 3145 |
| 323 LAKESIDE AVE W STE 200 | | |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44113-1099 | COMMENT:  NT ADR~NO$~DE/SCH | |

| | | |
|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | ACCOUNT NO.: 2113 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:2 | ACCOUNT NO.: 4817 |
| | CLAIM:  4,004.67 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.: 5201 |
| PO BOX 27288 | | |
| | CLAIM:  620.18 | |
| TEMPE, AZ  85282 | COMMENT:  CITIBANK/HOME DEPOT | |

| | | |
|---|---|---|
| **CAVALRY PORTFOLIO SERVICES LLC(*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 27288 | Court Claim Number: | ACCOUNT NO.: 5732 |
| | CLAIM:  0.00 | |
| TEMPE, AZ  85282 | COMMENT:  NO$~HSBC BANK/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK NA(*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DR | Court Claim Number: | ACCOUNT NO.: 3668 |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **NELNET** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 16358 | Court Claim Number: | ACCOUNT NO.: 3599 |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~DEPT OF ED/SCH | |

| | | |
|---|---|---|
| **NELNET** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 16358 | Court Claim Number: | ACCOUNT NO.: 3499 |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~DEPT OF ED/SCH | |

| | | |
|---|---|---|
| **NELNET** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 16358 | Court Claim Number: | ACCOUNT NO.: 3399 |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~DEPT OF ED/SCH | |

| | | |
|---|---|---|
| **NELNET** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 16358 | Court Claim Number: | ACCOUNT NO.: 3299 |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~DEPT OF ED/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  4370 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  9207 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **FIRST DATA++** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1307 WALT WHITMAN RD | Court Claim Number: | ACCOUNT NO.:  0000 |
| | CLAIM:  0.00 | |
| MELVILLE, NY  11747 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **HOME DEPOT** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2455 PACES FERRY RD | Court Claim Number: | ACCOUNT NO.:  9160 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30339 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 35480 | Court Claim Number: | ACCOUNT NO.:  3796 |
| | CLAIM:  0.00 | |
| NEWARK, NJ  07193-5480 | COMMENT:  NO$~H-HOLD/SCH | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 35480 | Court Claim Number: | ACCOUNT NO.:  3216 |
| | CLAIM:  0.00 | |
| NEWARK, NJ  07193-5480 | COMMENT:  NT ADR~NO$~H-HOLD/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 24696 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43224 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 24696 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43224 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  6942 |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NO$/SCH*NCB*STALE CL @ 5727.31 W/DRAWN-DOC 95 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.:  4986 |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NO$/SCH | |

CLAIM RECORDS

| ECAST SETTLEMENT CORP<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~MBNA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3539 |
|---|---|---|
| NATIONAL CAPITAL MANAGEMENT LLC<br>8245 TOURNAMENT DR STE 230<br><br>MEMPHIS, TN 38125 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4473 |
| NHHEAF<br>POB 877<br>4 BARRELL CT<br><br>CONCORD, NH 03302 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8299 |
| NHHEAF<br>POB 877<br>4 BARRELL CT<br><br>CONCORD, NH 03302 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8199 |
| NHHEAF<br>POB 877<br>4 BARRELL CT<br><br>CONCORD, NH 03302 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8099 |
| NHHEAF<br>POB 877<br>4 BARRELL CT<br><br>CONCORD, NH 03302 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7999 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2256 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8996 |
| LVNV FUNDING LLC, ASSIGNEE<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH*CITIBANK*STALE CL 320.03 W/DRAWN-DOC 94 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7789 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 979.16<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4104 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2278 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~CARE CREDIT/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:14 | ACCOUNT NO.:  4865 |
| PO BOX 41031 | | |
| | CLAIM:  1,822.02 | |
| NORFOLK, VA  23541 | COMMENT:  CARE CREDIT/GEMB/GECRB | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  6864 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~PAYPAL/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  4321 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~SAMS/SCH | |

| | | |
|---|---|---|
| **TARGET** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.:  3064 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number: | ACCOUNT NO.:  2991 |
| PO BOX 16358 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number:4-2 | ACCOUNT NO.:  8299 |
| PO BOX 2837 | | |
| | CLAIM:  38,306.42 | |
| PORTLAND, OR  97208 | COMMENT:  8999~NO$/SCH*3 LOANS*AMD | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number: | ACCOUNT NO.:  9299 |
| PO BOX 16358 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number: | ACCOUNT NO.:  9199 |
| PO BOX 16358 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number: | ACCOUNT NO.:  9099 |
| PO BOX 16358 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116 | COMMENT:  NT ADR~NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **REGIONAL ACCEPTANCE** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1424 EAST FIRE TOWER | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, NC  27858 | COMMENT:  /SCH G | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.:  17-24886TPA |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM:  310.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  FEES/PL | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:53  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:8 | ACCOUNT NO.:  N307 |
| POB 200 | | |
| | CLAIM:  39.39 | |
| BETHEL PARK, PA  15102 | COMMENT:  156-N-307;12-17\*CL8GOV\*200.06@12%TTL/PL\*W/54 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:8 | ACCOUNT NO.:  N307 |
| POB 200 | | |
| | CLAIM:  160.67 | |
| BETHEL PARK, PA  15102 | COMMENT:  156-N-307;12-17\*NON%\*CL8GOV\*200.06@12%TTL/PL\*W/53 | |

| | | |
|---|---|---|
| **GRUENDEL EANS CORP** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 3506 FIFTH AVE | Court Claim Number:6 | ACCOUNT NO.:  8299 |
| | CLAIM:  2,254.40 | |
| PITTSBURGH, PA  15213 | COMMENT:  NT/SCH\*DENTAL SVCS | |

| | | |
|---|---|---|
| **US DEPARTMENT OF HUD** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O NOVAD MANAGEMENT CONSULTING LLC | Court Claim Number:7 | ACCOUNT NO.:  1517 |
| 2401 NW 23RD ST STE 1A1 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73107 | COMMENT:  NO PMTS DUE/CONF\*NT/SCH-PL\*NT YET DUE\*CL=49944.17 | |

| | | |
|---|---|---|
| **MONTOUR SD (KENNEDY) (RE)** | Trustee Claim Number:57  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURR YR CLCTR | Court Claim Number:11 | ACCOUNT NO.:  N307 |
| 102 RAHWAY RD | | |
| | CLAIM:  23.35 | |
| MCMURRAY, PA  15317 | COMMENT:  156-N-307;17\*CL11GOV\*25.69@10%TTL/PL\*W/58 | |

| | | |
|---|---|---|
| **MONTOUR SD (KENNEDY) (RE)** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CURR YR CLCTR | Court Claim Number:11 | ACCOUNT NO.:  N307 |
| 102 RAHWAY RD | | |
| | CLAIM:  2.34 | |
| MCMURRAY, PA  15317 | COMMENT:  156-N-307;17\*NON%\*CL11GOV\*25.69@10%TTL/PL\*W/57 | |

| | | |
|---|---|---|
| **KENNEDY TWP -SEWAGE FEES** | Trustee Claim Number:59  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:10 | ACCOUNT NO.:  N309 |
| 102 RAHWAY RD | | |
| | CLAIM:  62.62 | |
| MCMURRAY, PA  15317 | COMMENT:  156-N-309;THRU 12/3/17\*$/PL-CL@10%/PL\*WNTS 10% | |

| | | |
|---|---|---|
| **KENNEDY TWP -R/E TAX** | Trustee Claim Number:60  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  N307 |
| 102 RAHWAY RD | | |
| | CLAIM:  5.20 | |
| MCMURRAY, PA  15317 | COMMENT:  156-N-307;16,17\*CL9GOV\*18.86@10%TTL/PL\*W/61 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KENNEDY TWP -R/E TAX** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  N307 |
| 102 RAHWAY RD | | |
| | CLAIM:  13.66 | |
| MCMURRAY, PA  15317 | COMMENT:  156-N-307;16,17*NON%*CL9GOV*18.86@10%TTL/PL*W/60 | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 619094 | Court Claim Number:13-2 | ACCOUNT NO.:  4105 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  LOAN MOD@CID67*CL=35111.14 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:16 | ACCOUNT NO.:  9970 |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  ACCT NT/SCH*FIA CARD SVCS/BANK OF AMERICA*STALE CL 6202.89 W/DRAWN-D | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:13-2 | ACCOUNT NO.:  4105 |
| | CLAIM:  8,145.93 | |
| DALLAS, TX  75261-9741 | COMMENT:  LOAN MOD@CID 67*DK | |

| | | |
|---|---|---|
| **KEVIN S FRANKEL ESQ** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| SHAPIRO & DENARDO LLC | Court Claim Number: | ACCOUNT NO.: |
| 3600 HORIZON DR STE 150 | | |
| | CLAIM:  0.00 | |
| KING OF PRUSSIA, PA  19406 | COMMENT:  NATIONSTAR~MR COOPER/PRAE | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:13-2 | ACCOUNT NO.:  4105 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  LOAN MOD@CID67 | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:67  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:013-2 | ACCOUNT NO.:  4105 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  CL13-2GOV W/PMT CHANGES*PMT/DECLAR*851.63/CL~P AND I ONLY/CL*BGN 10/1 | |