BL9759973

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re:    ROBERT J. BOSTON | Chapter: 13<br>Bankruptcy No: 17-24886 | FILED<br>6/3/22 12:32 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## WITHDRAWAL OF CLAIM

American Express Centurion Bank, by and through its counsel, withdraws its Proof of Claim Number 5 filed on January 8th, 2018, for account number 3001 and in the amount of $7,392.50.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

SO ORDERED
June 03, 2022

DATE:        6/3/2022

dak

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jun 03, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 23:29:42 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Kennedy jhunt@grblaw.com |

District/off: 0315-2      User: auto      Page 2 of 2

Date Rcvd: Jun 03, 2022      Form ID: pdf900      Total Noticed: 2

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9