**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/6/23 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>ROBERT J. BOSTON<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ROBERT J. BOSTON<br><br>Respondents | Case No.17-24886GLT<br><br>Chapter 13<br><br>Document No. 111 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of _January_ , 20_23_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Black Knight Financial Services
Attn: Payroll Manager
Building 5 6Th Floor
601 Riverside Ave
Jacksonville, FL 32204

is hereby ordered to immediately terminate the attachment of the wages of ROBERT J. BOSTON, social security number XXX-XX-8299. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT J. BOSTON.

BY THE COURT:

_/s/ Gregory L. Taddonio_ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24886-GLT |
| Robert J. Boston | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

**Recip ID       Recipient Name and Address**
db          + Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
                on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Brian Nicholas
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Christopher A. DeNardo
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Gary William Short
                on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
                on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Township of Kennedy jhunt@grblaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Montour School District jhunt@grblaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11