Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert J. Boston** <br> *Debtor(s)* | : <br> : <br> : | Case No. 17−24886−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : <br> : | |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 118 <br><br> Hearing Date: 4/19/23 at 10:30 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 24th of February, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 118 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  **On or before April 9, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *April 19, 2023 at 10:30 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24886-GLT
Robert J. Boston  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744 |
| cr | + | Township of Kennedy, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14739482 | | Citizens Bank of Pennsylvania, Riverside, RI 02915 |
| 14757185 | + | Drs. Gruendel, Eans & Boles, 3506 Fifth Avenue, Pittsburgh, PA 15213-3310 |
| 14739485 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 14739489 | | Household Bank SB, eCast Settllement c/o Bass & Associates, 3969 East Fort Lowell Rd. Ste 200, Tucson, AZ 85712 |
| 14762779 | + | Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739496 | + | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Court, Concord, NH 03301-8543 |
| 14762778 | + | Township of Kennedy, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739507 | + | Werrin Gruendel Boles & Eans Dentistry, 3506 5th Avenue, Pittsburgh, PA 15213-3310 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14755501 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:14 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14739476 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:10 | American Express Centurion Bank, POB 3001, Malvern, PA 19355-0701 |
| 14739477 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14739479 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2023 00:18:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14739487 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:17 | Home Depot, POB 9025, Des Moines, IA 50368 |
| 14739480 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:18 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:43 | Capital One Bank (USA), N.A., PO Box 71083, |

| Record # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14739481 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14741673 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762777 | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739484 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Bank, POB 8003, Hilliard, OH 43026 |
| 14739483 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14739486 | | Email/Text: EBNBKNOT@ford.com | Feb 25 2023 00:19:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14739488 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:36 | Household Bank Corporation, c/o eCast Settllement, POB 35480, Newark, NJ 07193-5480 |
| 14739478 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:20:11 | Bank One Delaware, POB 100018, Kennesaw, GA 30156 |
| 14739490 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:20:35 | JP Morgan Chase Bank, Po Box 24696, Columbus, OH 43224 |
| 14739491 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, c/o Resugent Capital Services, POB 10675, Greenville, SC 29603-0675 |
| 14739492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV Funding, LLC, c/o Resugent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778316 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778315 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:42 | LVNV Funding, LLC its successors and assigns as, assignee of National City Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779753 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739493 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:36 | MBNA American Bank, c/o eCAST Settlement Corp., PO Box 35480, Newark, NJ 07193-5480 |
| 14739494 | + | Email/Text: bknotice@ncmllc.com | Feb 25 2023 00:18:00 | National Capital Management, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14739495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14774167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14739497 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:40 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 14740040 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753806 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762790 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 25 2023 00:20:19 | Regional Acceptance Corporation, PO Box 1847, |

Case 17-24886-GLT   Doc 120   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilson, NC 27894-1847 |
| 14739498 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 25 2023 00:20:19 | Regional Acceptance Corporation, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14739499 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778055 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14739500 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739501 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739502 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:25 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739503 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:13 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739504 | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Target National Bank, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14739506 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Transworld Systems, Inc., 9525 Sweet Valley Drive, Valley View, OH 44125-4237 |
| 14755267 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14760502 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 25 2023 00:20:24 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14739505 | + | Email/Text: EDBKNotices@ecmc.org | Feb 25 2023 00:17:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739508 | ##+ | Xchange Leasing, POB 122954, Fort Worth, TX 76121-2954 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023   Signature:   /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
   on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Brian Nicholas
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Christopher A. DeNardo
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Gary William Short
   on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com gwshort@verizon.net

Jeffrey R. Hunt
   on behalf of Creditor Township of Kennedy jhunt@grblaw.com

Jeffrey R. Hunt
   on behalf of Creditor Montour School District jhunt@grblaw.com

Jeffrey R. Hunt
   on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kevin Scott Frankel
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Maria Miksich
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 11