**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT J. BOSTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:17-24886<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/03/2017 and confirmed on 2/12/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,547.00 |
| Less Refunds to Debtor | 873.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,673.03 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,257.24 | |
|   Trustee Fee | 4,904.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,162.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR (<br>Acct: 4105 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR (<br>Acct: 4105 | 8,145.93 | 8,145.93 | 0.00 | 8,145.93 |
| NATIONSTAR MORTGAGE LLC D/B/A MR (<br>Acct: 4105 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR (<br>Acct: 4105 | 0.00 | 66,852.81 | 0.00 | 66,852.81 |
| NATIONSTAR MORTGAGE LLC D/B/A MR (<br>Acct: 4105 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: N307 | 39.39 | 39.39 | 23.80 | 63.19 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: N307 | 160.67 | 160.67 | 0.00 | 160.67 |
| MONTOUR SD (KENNEDY) (RE)<br>Acct: N307 | 23.35 | 23.35 | 11.60 | 34.95 |
| MONTOUR SD (KENNEDY) (RE)<br>Acct: N307 | 2.34 | 2.34 | 0.00 | 2.34 |
| KENNEDY TWP -SEWAGE FEES<br>Acct: N309 | 62.62 | 62.62 | 30.68 | 93.30 |
| KENNEDY TWP -R/E TAX<br>Acct: N307 | 5.20 | 5.20 | 2.36 | 7.56 |
| KENNEDY TWP -R/E TAX<br>Acct: N307 | 13.66 | 13.66 | 0.00 | 13.66 |
| REGIONAL ACCEPTANCE CORP<br>Acct: 6366 | 17,292.44 | 17,292.44 | 1,903.75 | 19,196.19 |
| US DEPARTMENT OF HUD**<br>Acct: 1517 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 94,570.60 |
| **Priority** | | | | |
| GARY W SHORT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT J. BOSTON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT J. BOSTON | 873.97 | 873.97 | 0.00 | 0.00 |
|   Acct: | | | | |
| GARY W SHORT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GARY W SHORT ESQ | 4,257.24 | 4,257.24 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX3-19 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|   Acct: XXXXXXX6TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6595 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3001 | | | | |
| BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6722 | | | | |
| BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3145 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2113 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,004.67 | 52.60 | 0.00 | 52.60 |
|   Acct: 4817 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 620.18 | 8.14 | 0.00 | 8.14 |
|   Acct: 5201 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5732 | | | | |
| CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3668 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3599 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3499 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3399 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3299 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4370 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9207 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0000 | | | | |
| HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9160 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3796 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3216 | | | | |
| JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6942 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4986 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3539 | | | | |
|   NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4473 | | | | |
|   NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8299 | | | | |
|   NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8199 | | | | |
|   NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8099 | | | | |
|   NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7999 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2256 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8996 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7789 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 979.16 | 12.87 | 0.00 | 12.87 |
| Acct: 4104 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2278 | | | | |
|   SYNCHRONY BANK | 1,822.02 | 23.94 | 0.00 | 23.94 |
| Acct: 4865 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6864 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4321 | | | | |
|   TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3064 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2991 | | | | |
|   US DEPARTMENT OF EDUCATION | 38,306.42 | 503.18 | 0.00 | 503.18 |
| Acct: 8299 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9299 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9199 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9099 | | | | |
|   GRUENDEL EANS CORP | 2,254.40 | 29.62 | 0.00 | 29.62 |
| Acct: 8299 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9970 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4104 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   REGIONAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 630.35 |

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 95,510.95 |

```
TOTAL CLAIMED
    PRIORITY            310.00
    SECURED          25,745.60
    UNSECURED        47,986.85
```

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT J. BOSTON

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-24886

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 24, 2023      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744 |
| cr | + | Township of Kennedy, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14739482 | | Citizens Bank of Pennsylvania, Riverside, RI 02915 |
| 14757185 | + | Drs. Gruendel, Eans & Boles, 3506 Fifth Avenue, Pittsburgh, PA 15213-3310 |
| 14739485 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 14739489 | | Household Bank SB, eCast Settllement c/o Bass & Associates, 3969 East Fort Lowell Rd. Ste 200, Tucson, AZ 85712 |
| 14762779 | + | Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739496 | + | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Court, Concord, NH 03301-8543 |
| 14762778 | + | Township of Kennedy, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739507 | + | Werrin Gruendel Boles & Eans Dentistry, 3506 5th Avenue, Pittsburgh, PA 15213-3310 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14755501 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:34 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14739476 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:43 | American Express Centurion Bank, POB 3001, Malvern, PA 19355-0701 |
| 14739477 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14739479 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2023 00:18:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14739487 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:30:48 | Home Depot, POB 9025, Des Moines, IA 50368 |
| 14739480 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:38 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:13 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 17-24886-GLT   Doc 121   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14739481 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14741673 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762777 | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739484 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Bank, POB 8003, Hilliard, OH 43026 |
| 14739483 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14739486 | | Email/Text: EBNBKNOT@ford.com | Feb 25 2023 00:19:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14739488 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:52:02 | Household Bank Corporation, c/o eCast Settllement, POB 35480, Newark, NJ 07193-5480 |
| 14739478 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:20:11 | Bank One Delaware, POB 100018, Kennesaw, GA 30156 |
| 14739490 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:20:12 | JP Morgan Chase Bank, Po Box 24696, Columbus, OH 43224 |
| 14739491 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, c/o Resugent Capital Services, POB 10675, Greenville, SC 29603-0675 |
| 14739492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, LLC, c/o Resugent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778316 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778315 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV Funding, LLC its successors and assigns as, assignee of National City Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779753 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739493 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:24 | MBNA American Bank, c/o eCAST Settlement Corp., PO Box 35480, Newark, NJ 07193-5480 |
| 14739494 | + | Email/Text: bknotice@ncmllc.com | Feb 25 2023 00:18:00 | National Capital Management, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14739495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14774167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14739497 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:40 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 14740040 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753806 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762790 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 25 2023 00:20:19 | Regional Acceptance Corporation, PO Box 1847, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilson, NC 27894-1847 |
| 14739498 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 25 2023 00:20:19 | Regional Acceptance Corporation, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14739499 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778055 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14739500 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739501 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739502 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:25 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739503 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:12 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739504 | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Target National Bank, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14739506 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Transworld Systems, Inc., 9525 Sweet Valley Drive, Valley View, OH 44125-4237 |
| 14755267 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14760502 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 25 2023 00:20:24 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14739505 | + | Email/Text: EDBKNotices@ecmc.org | Feb 25 2023 00:17:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739508 | ##+ | Xchange Leasing, POB 122954, Fort Worth, TX 76121-2954 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Gary William Short | on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Township of Kennedy jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11