**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert J. Boston** | | Social Security number or ITIN   xxx–xx–8299 |
| | First Name   Middle Name   Last Name | | EIN  __–_____ |
| Debtor 2 | | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  **17–24886–GLT**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Boston

4/11/23

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                    Case No. 17-24886-GLT

Robert J. Boston                                                                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: auto                                                            Page 1 of 4

Date Rcvd: Apr 11, 2023                                Form ID: 3180W                                              Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744 |
| cr | + | Township of Kennedy, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14739482 | | Citizens Bank of Pennsylvania, Riverside, RI 02915 |
| 14757185 | + | Drs. Gruendel, Eans & Boles, 3506 Fifth Avenue, Pittsburgh, PA 15213-3310 |
| 14739485 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 14739489 | | Household Bank SB, eCast Settlement c/o Bass & Associates, 3969 East Fort Lowell Rd. Ste 200, Tucson, AZ 85712 |
| 14762779 | + | Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739496 | | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Court, Concord, NH 03301-8543 |
| 14762778 | + | Township of Kennedy, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739507 | + | Werrin Gruendel Boles & Eans Dentistry, 3506 5th Avenue, Pittsburgh, PA 15213-3310 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:04 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14755501 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:12 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 56

| | | | |
|---|---|---|---|
| 14739476 | + Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | American Express Centurion Bank, POB 3001, Malvern, PA 19355-0701 |
| 14739477 | + EDI: BANKAMER.COM | Apr 12 2023 03:37:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14739479 | + EDI: TSYS2 | Apr 12 2023 03:37:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14739487 | EDI: CITICORP.COM | Apr 12 2023 03:37:00 | Home Depot, POB 9025, Des Moines, IA 50368 |
| 14739480 | + EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752054 | EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14739481 | + Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14741673 | + Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762777 | + Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739484 | EDI: DISCOVER.COM | Apr 12 2023 03:37:00 | Discover Bank, POB 8003, Hilliard, OH 43026 |
| 14739483 | + Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14739486 | Email/Text: EBNBKNOT@ford.com | Apr 11 2023 23:49:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14739488 | + Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | Household Bank Corporation, c/o eCast Settllement, POB 35480, Newark, NJ 07193-5480 |
| 14739478 | EDI: JPMORGANCHASE | Apr 12 2023 03:37:00 | Bank One Delaware, POB 100018, Kennesaw, GA 30156 |
| 14739490 | EDI: JPMORGANCHASE | Apr 12 2023 03:37:00 | JP Morgan Chase Bank, Po Box 24696, Columbus, OH 43224 |
| 14739491 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:11 | LVNV Funding, c/o Resugent Capital Services, POB 10675, Greenville, SC 29603-0675 |
| 14739492 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:22 | LVNV Funding, LLC, c/o Resugent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778316 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778315 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:11 | LVNV Funding, LLC its successors and assigns as, assignee of National City Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779753 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739493 | + Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | MBNA American Bank, c/o eCAST Settlement Corp., PO Box 35480, Newark, NJ 07193-5480 |
| 14739494 | + Email/Text: bknotice@ncmllc.com | Apr 11 2023 23:49:00 | National Capital Management, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14739495 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 56

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14774167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14739497 | | EDI: PRA.COM | Apr 12 2023 03:37:00 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 14740040 | + | EDI: RECOVERYCORP.COM | Apr 12 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753806 | | EDI: Q3G.COM | Apr 12 2023 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762790 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 11 2023 23:57:04 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14739498 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 11 2023 23:57:04 | Regional Acceptance Corporation, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14739499 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778055 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14739500 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739501 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739502 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739503 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739504 | + | EDI: WTRRNBANK.COM | Apr 12 2023 03:37:00 | Target National Bank, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14739506 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 11 2023 23:49:00 | Transworld Systems, Inc., 9525 Sweet Valley Drive, Valley View, OH 44125-4237 |
| 14755267 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14760502 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 11 2023 23:57:20 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14739505 | + | Email/Text: EDBKNotices@ecmc.org | Apr 11 2023 23:48:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739508 | ##+ | Xchange Leasing, POB 122954, Fort Worth, TX 76121-2954 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

District/off: 0315-2                          User: auto                          Page 4 of 4
Date Rcvd: Apr 11, 2023                       Form ID: 3180W                      Total Noticed: 56

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Gary William Short | on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Township of Kennedy jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11