IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/11/23 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT J. BOSTON

   Debtor(s)

Ronda J. Winnecour
   Movant
vs.
No Repondents.

Case No.:17-24886

Chapter 13

Document No.: 118

ORDER OF COURT

AND NOW, this __11th__ day of __April__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Boston  
    Debtor

Case No. 17-24886-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 11, 2023      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Boston, 22 Phillips Avenue, Coraopolis, PA 15108-3744 |
| cr | + | Township of Kennedy, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14739482 | | Citizens Bank of Pennsylvania, Riverside, RI 02915 |
| 14757185 | + | Drs. Gruendel, Eans & Boles, 3506 Fifth Avenue, Pittsburgh, PA 15213-3310 |
| 14739485 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 14739489 | | Household Bank SB, eCast Settllement c/o Bass & Associates, 3969 East Fort Lowell Rd. Ste 200, Tucson, AZ 85712 |
| 14762779 | + | Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739496 | + | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Court, Concord, NH 03301-8543 |
| 14762778 | + | Township of Kennedy, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14739507 | + | Werrin Gruendel Boles & Eans Dentistry, 3506 5th Avenue, Pittsburgh, PA 15213-3310 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14755501 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:23 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14739476 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:12 | American Express Centurion Bank, POB 3001, Malvern, PA 19355-0701 |
| 14739477 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2023 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14739479 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 11 2023 23:48:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14739487 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 23:57:23 | Home Depot, POB 9025, Des Moines, IA 50368 |
| 14739480 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:18 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:18 | Capital One Bank (USA), N.A., PO Box 71083, |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14739481 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14741673 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762777 | + | Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739484 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 23:48:00 | Discover Bank, POB 8003, Hilliard, OH 43026 |
| 14739483 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14739486 | | Email/Text: EBNBKNOT@ford.com | Apr 11 2023 23:49:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14739488 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:04 | Household Bank Corporation, c/o eCast Settllement, POB 35480, Newark, NJ 07193-5480 |
| 14739478 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2023 23:57:01 | Bank One Delaware, POB 100018, Kennesaw, GA 30156 |
| 14739490 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2023 23:57:08 | JP Morgan Chase Bank, Po Box 24696, Columbus, OH 43224 |
| 14739491 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:22 | LVNV Funding, c/o Resugent Capital Services, POB 10675, Greenville, SC 29603-0675 |
| 14739492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:11 | LVNV Funding, LLC, c/o Resugent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778316 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:04 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778315 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:10 | LVNV Funding, LLC its successors and assigns as, assignee of National City Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779753 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:12 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739493 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:04 | MBNA American Bank, c/o eCAST Settlement Corp., PO Box 35480, Newark, NJ 07193-5480 |
| 14739494 | + | Email/Text: bknotice@ncmllc.com | Apr 11 2023 23:49:00 | National Capital Management, 8245 Tournament Drive, Memphis, TN 38125-8898 |
| 14739495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14774167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14739497 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 23:57:20 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 14740040 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 23:57:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753806 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762790 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 11 2023 23:57:04 | Regional Acceptance Corporation, PO Box 1847, |

Case 17-24886-GLT   Doc 125   Filed 04/13/23   Entered 04/14/23 00:26:59   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilson, NC 27894-1847 |
| 14739498 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 11 2023 23:57:04 | Regional Acceptance Corporation, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14739499 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14778055 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14739500 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739501 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739502 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:09 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739503 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:19 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739504 | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | Target National Bank, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 14739506 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 11 2023 23:49:00 | Transworld Systems, Inc., 9525 Sweet Valley Drive, Valley View, OH 44125-4237 |
| 14755267 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14760502 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 11 2023 23:57:20 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14739505 | + | Email/Text: EDBKNotices@ecmc.org | Apr 11 2023 23:48:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Montour School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14739508 | ##+ | Xchange Leasing, POB 122954, Fort Worth, TX 76121-2954 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023           Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Gary William Short | on behalf of Debtor Robert J. Boston garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Township of Kennedy jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11