# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert J. Boston**<br>　　　　　　　　　**Debtor(s)**<br><br>**NATIONSTAR MORTGAGE LLC**<br>　　　　　　　　　**Movant**<br>　vs.<br><br>**Robert J. Boston**<br>　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour,**<br>　　　　　　　　　**Trustee** | **BK NO. 17-24886 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 6, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert J. Boston
22 Phillips Avenue
Coraopolis, PA 15108

Attorney for Debtor(s)
Gary William Short, 212 Windgap Road
Pittsburgh, PA 15237

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 6, 2022

　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com